469 A.2d 289

Commonwealth v. Orazio, Appellant.

Submitted June 9, 1983. John Allen Roth, for appellant; Margaret E. Picking, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and SPAETH and HESTER, JJ.

Case remanded. Jurisdiction is retained.

469 A.2d 289

Commonwealth v. Patton, Appellant.

Argued September 15, 1983. William G. Brown, Assistant Public Defender, for appellant; F. Ned Hand, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Judgment of sentence affirmed.